**MACDONALD | FERNANDEZ LLP**
RENO F.R. FERNANDEZ III (SBN 251934)
ALEXANDER K. LEE (SBN 293724)
914 Thirteenth Street
Modesto, CA 95354
Telephone: (209) 521-8100
Facsimile: (415) 394-5544

Attorneys for Debtor in Possession,
MIKE TAMANA FREIGHT LINES, LLC

### UNITED STATES BANKRUPTCY COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>MIKE TAMANA FREIGHT LINES, LLC,<br><br>              Debtor. | Case No. 19-90122-E-11<br><br>Chapter 11<br><br>DCN: MF-37<br><br>Hearing:<br>Date:    November 5, 2020<br>Time:   10:30 a.m.<br>Place:   1200 I Street, Suite 200<br>            Modesto, California<br>Judge:  Hon. Ronald H. Sargis |

**DECLARATION OF ALEXANDER K. LEE IN STATUS STATEMENT RE: SECOND AND FINAL APPLICATION FOR APPROVAL OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF MACDONALD FERNANDEZ LLP AS COUNSEL FOR DEBTOR IN POSSESSION**

I, Alexander K. Lee, declare:

1.    I am an attorney admitted to practice law before this Court and an attorney at Macdonald Fernandez LLP, general bankruptcy counsel to the Debtor in Possession, MIKE TAMANA FREIGHT LINES, LLC ("Debtor"). I am over the age of eighteen. The following facts are true and correct of my own knowledge. If called as a witness, I could and would testify as follows.

2.    On October 5, 2020, I received an email communication from Cameron M. Gulden, trial attorney for the Office of the U.S. Trustee ("UST"), requesting a call to discuss fee applications filed by the Debtor on October 1, 2020. A call was made as requested immediately upon receipt of the email communication. I had a productive conversation with Mr. Gulden regarding his concerns that the Debtor was being charged for work done for Timothy Bowles' first fee application in the Second

1

and Final Application for Approval of Compensation and Reimbursement of Expense of Macdonald Fernandez LLP as Counsel for Debtor in Possession ("Final Fee Application").

    3.    On or about October 7, 2020, I communicated to Mr. Gulden that Macdonald Fernandez LLP was willing to waive the $696.00 in fees billed by me under the Retention of Professional category for services rendered on Mr. Bowles' first fee application.

    4.    Due to concerns regarding Mr. Gulden's need to attend a possibly uncontested hearing on the Final Fee Application and a desire to update the Court as to compensation requested, I drafted a Status Statement that is being filed concurrently.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 27th day of October, 2020, at Alameda, California.

                                            */s/ Alexander K. Lee*
                                            ALEXANDER K. LEE